IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **JORGE DOMINGUEZ** and | ) | Cr. No. 21-524 KWR |
| **LUIS MARISCAL-LOPEZ, AKA,** | ) | |
| **LUIS MARISOL-LOPEZ, AKA,** | ) | |
| **LUIS LOPEZ.** | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' SEALED SECOND SUPPLEMENTAL BRIEF
REGARDING CO-CONSPIRATOR STATEMENTS**

The United States hereby provides its Sealed[1] Second Supplemental Brief regarding Co-

Conspirator Statements pursuant to Federal Rule of Evidence 801(d)(2)(E), as directed by the

Court in its Order for a second Supplemental Brief. (Doc 174).  The United States moves this

Court to make pre-trial findings that such evidence is admissible as either coconspirator

statements, or admissible under other exceptions or exclusions from the hearsay rule. In the

following discussion, the United States provides the information in the following format, as

recommended by the Court in its order:

  a)  The identity of the co-conspirator who made the alleged statement;

  b)  The identity of the people to whom the co-conspirator statement was made;

  c)  The content of the co-conspirator statement;

  d)  When the statement was made; and

  e)  How the statement is in the course of and in furtherance of the alleged conspiracy.

Finally, for brevity, the title of the corresponding subsection in the first supplemental brief (Doc.

---

[1] The United States files this under seal due to the references to the Grand Jury proceedings and
the inclusion of the minor co-conspirator's name from the selected portions of the documents.

118) are used as reference points.

## I.    STATEMENTS FOR REVIEW

### A.  Statements from Crystal Ramos. Doc. 118 at 5.

The United States maintains these statements[2] are admissible as non-hearsay and statements against interest, in addition to being admissible as co-conspirator statements. The additional theories of admissibility will be addressed in separate motions *in limine*.

#### 1.  Initial Interaction. Doc. 118 at 5.

The United States withdraws this as a co-conspirator statement only.

#### 2.  Misdirection of when she was around. Doc. 118 at 7.

a) Crystal Ramos.

b) Det. Amber Marez.

c) The following is from page 3, lines 11-18 of the transcript:

| | | |
|---|---|---|
| 11 | Q | Do you know of anybody that I could talk to that could -- that still talks to her? |
| 13 | A | You know what -- |
| 14 | Q | Or -- |
| 15 | A | When she was out here -- I had heard she was out here, and I have no idea who she was with out here. |
| 17 | | Because she had told me she was in Albuquerque, but she was here. |

d) March 14, 2018.

---

[2] The transcript has errors in the names: "More" should be "Mora" and "Detective Miles" should be "Detective Marez."

e)  At the time this statement is made, Jessica Mora is only a missing person, Det. Marez does not know that the conspirators murdered her, and some of her remains are concealed on the property where the interview is taking place. The statement furthers the conspiracy because it misdirects the investigation by leading law enforcement to believe that Jessica Mora is still alive. This provides the conspirators with the time and space to decide how to dispose of the remains they have been holding onto.

**3.  ATM Card. Doc. 118 at 7.**

The United States withdraws this as a co-conspirator statement only.

**4.  Continued communication as misdirection. Doc. 118 at 8.**

a)  Crystal Ramos.

b)  Det. Amber Marez.

c)  The following is from page 6, lines 15-21.

```
15        on that card.  If you could just --
16              A     All right, now.  I'll message her and see if I can get a
17        response back or something at least.
18              Q     Okay, awesome.
19              A     Yeah, so we haven't talked.
20              Q     Right.  All right, yeah.
21              A     I'll kick her in her mouth if I could.
```

d)  March 14, 2018.

e)  Similar to subsection 2 above, this statement misdirects the investigation by

3

leading Det. Marez to believe Jessica Mora is still alive. It continues to buy the conspirators time to dispose of the remains they still have hidden on the property.

**B.  Statements from Jorge Dominguez. Doc. 118 at 9.**

    **1.  J.T. describes where they finally disposed of the remains. Doc. 118 at 9.**

        a)  J.T.

        b)  Jorge Dominguez.

        c)

| 8  | Q    Where'd you see it, where — |
|----|----------------------------------|
| 9  | A    It was there in the backyard.  It's not there no more.  But |
| 10 | to me, Jazz told me that it was — that they buried it somewhere by the |
| 11 | river, that it's really easy to find. |

        d)  Dominguez told TFO Abeyta about this conversation on April 11, 2018.

        e)  This statement furthered the conspiracy because it communicated to one of the members—Dominguez—that the conspiracy was complete and there was nothing left to do.

    **2.  Initial description of plan to torture. Doc. 118 at 10.**

        a)  Ramos and potentially J.T. or Black.

        b)  Dominguez.

//

//

        c)

```
 5          A      Well, that day when we were there, they were telling us to
 6   get ready to get someone to — that was coming because they were
 7   going to beat them up and, you know, that they were going to torture
 8   them.  So as the day kept getting closer and closer to that time that
 9   she was getting there, when she was actually on the way, Tosh started
10   shaking (indisc.)
11          Q      (Indisc.) think he knew a little bit?
12          A      He knew — he did know.  I know because they told us
13   about it (indisc.) —
14          Q      Oh, they told you about —
15          A      -- to be involved in it.
16          Q      They told — well, what did they say, like what do you
17   mean?
18          A      Like once she walked in, they wanted us to grab her and
19   throw her on the floor and start like beating her up.
```

d)  This statement was made to Dominguez leading up to kidnapping on January 14.
Dominguez told TFO Abeyta about it on April 11, 2018.

e)  This statement furthers the conspiracy because it describes how the conspirators
planned to kidnap and torture Mora, as well as the roles of the conspirators.

**3.  Dominguez's April 16, 2018 statement about the burn site. Doc. 118 at 11.**

This statement is withdrawn for consideration as a co-conspirator statement only.

**4.  Dominguez's April 16, 2018 statement about the plan. Doc. 118 at 13.**

a)  Ramos.

b)  Dominguez.

5

c)



|  | |
|---|---|
| 9 | MR. DOMINGUEZ:  The plan was to for — they |
| 10 | wanted me and Jessica to beat her, to hit her with the shotgun — |

|  | |
|---|---|
| 19 | SPECIAL AGENT MARCUM:  What was the plan for |
| 20 | Jessica? |
| 21 | MR. DOMINGUEZ:  When she walked in the door, to |
| 22 | hit her and get her on the floor and just beat her up.  And she wanted |
| 23 | to torture her for a week, that's what she wanted to do. |
| 24 | SPECIAL AGENT MARYCZ:  And this was Crystal's — |
| 25 | MR. DOMINGUEZ:  Yeah, Crystal's plan. |

|  | | |
|---|---|---|
| 3 | Q | So Crystal is the one that said — she is the one that said, I |
| 4 | | want to do this — |
| 5 | A | Yeah. |
| 6 | Q | -- to Jessica. |
| 7 | A | This bitch (indisc.) |
| 8 | Q | And she came up with the plan and then she gave people |
| 9 | | tasks.  She said, you're going to do this when you come in — when she |
| 10 | | comes in the door, you're going to do this when you — so she came up |
| 11 | | with all that. |
| 12 | A | Yeah.  She was — |
| 13 | Q | Did that happen, did they torture her or was it — |
| 14 | A | No.  She — |
| 15 | Q | -- all — |
| 16 | A | I guess they overdid it right away and she died right away. |
| 17 | Q | So was the eventual plan to kill her no matter what? |
| 18 | A | No. |
| 19 | Q | So just to torture her. |
| 20 | A | Yeah. |
| 21 | Q | For a week but not necessarily — the plan at least wasn't |
| 22 | | necessarily to kill her. |
| 23 | A | No, it wasn't to kill her. |
| 24 | Q | But, I mean, she said she drilled her.  She took a drill. |
| 25 | A | Yeah. |

d)  Dominguez has this conversation with Ramos in the days leading up to January

6

14, 2018. Dominguez tells law enforcement about this statement on April 16, 2018.

e)  This statement furthered the conspiracy because it explained the plan to torture Jessica Mora and some of the details about how they were going to execute the plan, i.e., it goes to the heart of the conspiracy.

## 5. Dominguez's statement on May 31, 2018, to FBI Agents Marcum and Marycz. Doc. 118 at 16.

a)  Mariscal-Lopez and Black.

b)  Dominguez.

c)

```
    CRYSTAL RAMOS ("RAMOS") wanted to lure JESSICA MORA ("MORA") to her
house so they could beat her up and torture her for weeks.  RAMOS wanted
to teach MORA a lesson and show her who's boss after RAMOS learned that
MORA stole money from her debit card.  RAMOS planned to pick up MORA from
Buffalo Thunder Resort and bring her back to 302 McKracken Lane where the
attack would occur.

    On the night of the murder, RAMOS called MORA via Facebook Messenger
and pretended to be friendly with her.  RAMOS and JAZMERAE TORREZ
("TORREZ") drove to Buffalo Thunder Resort and brought MORA back to 302
McKracken.  The following people were present at 302 McKracken when RAMOS
called MORA: RAMOS, TORREZ, DOMINGUEZ, JESSICA ROMERO ("ROMERO"), JOHNNY
BLACK ("BLACK"), "TOSH" and "BOO-BOO."  The following people were present
at 302 McKracken when MORA arrived: DOMINGUEZ, ROMERO, RAMOS, TORREZ, and
BOO-BOO.

    DOMINGUEZ and ROMERO were in RAMOS' bedroom when MORA arrived.  RAMOS
came in and tried to convince them to help attack MORA with the butt-end
of a shotgun, but ROMERO was too scared.  When they opened the bedroom
door and looked in the living room, TORREZ was hitting MORA with the butt-
end of a .22 rifle and BOO-BOO was hitting MORA with a pipe that had tape
on one end.  MORA laid unconscious on the floor as they continued to hit,
kick, and stomp her.  RAMOS then got a power drill and drilled into MORA's
side.  DOMINGUEZ believed MORA was still breathing at this time.

    DOMINGUEZ told ROMERO to close the bedroom door; he then heard the
others drag MORA's body to TORREZ's bedroom.  RAMOS returned to her
bedroom and told DOMINGUEZ and ROMERO they were going to start torturing
MORA.  BOO-BOO then appeared and said, in Spanish, that he "took her last
breath."
```

BOO-BOO and TORREZ wrapped MORA's body in clear plastic, black trash bags, and a black and white striped blanket.  RAMOS lined TORREZ's bedroom with the clear plastic before MORA's arrival so blood would not get on the floor or walls.  BOO-BOO then dragged MORA's body to the laundry room.

BLACK left 302 McKracken before MORA's arrival so he could get ROMERO's Hyundai Santa Fe and cover the interior with plastic.  He returned after the murder and parked the car behind the residence.  He and BOO-BOO placed MORA's body in the rear of the SUV and drove off.

DOMINGUEZ and MORA slept in the living room for the next two days.  When DOMINGUEZ woke up, BOO-BOO told him everything had been taken care of, but BLACK said they still had to take care of the body.  DOMINGUEZ took some pain medication for his foot and fell back asleep for approximately 1-2 hours.  He was awoken by BLACK and RAMOS telling him and ROMERO they all needed to leave the house right away to dispose of MORA's body.  DOMINGUEZ believed RAMOS and BLACK forced them to go so they could hold it over them.

DOMINGUEZ, ROMERO, BLACK, RAMOS, and BOO-BOO, all got into a lifted purple Silverado which RAMOS and BLACK borrowed from a friend who lived on Ohkay Owingeh pueblo.  DOMINGUEZ knew the location of their friend's house, but did not know their friend's name.  DOMINGUEZ was told BLACK and RAMOS drove MORA's body around for two days in ROMERO's SUV.  BLACK and RAMOS then left ROMERO's SUV at the Ohkay Owingeh residence and borrowed the Silverado to transport MORA's body to the desert.  BLACK and RAMOS put MORA's body in the bed of the Silverado along with a chainsaw, sleeping bags, BLACK's toolbox, plastic bins, gas cans, and two white buckets.  BLACK and RAMOS covered everything with a tarp; they wanted it to look like they were going camping.

They drove to an area in the desert that BLACK and RAMOS thought would be the most hidden location to burn MORA's body.  RAMOS and BOO-BOO dragged MORA off of the truck; she was wrapped in plastic from TORREZ's bedroom, as well as tarp and a blanket.  BOO-BOO tried to dismember MORA with the chainsaw, but it got caught on the blanket.  The two of them then dragged her to where a fire had already been started; they put her entire body in the fire.  BLACK tended to the fire and BOO-BOO added gas and tree branches each time the fire began to die down.

DOMINGUEZ and BLACK left for several hours to get food and methamphetamine.  When DOMINGUEZ returned, ROMERO was crying because she thought they were going to kill her next.  They burned MORA's body for

```
approximately six hours, from 4AM - 11AM.  DOMINGUEZ and ROMERO did not
participate in the burning of MORA's body; DOMINGUEZ cooked steaks and
consoled ROMERO.

    RAMOS began freaking out because helicopters were flying nearby.  BLACK
used a shovel to scoop out any items that did not completely burn and put
them in his black toolbox.  Some of the items BLACK scooped out included
gloves, tape, pieces of plastic, clothes, and any remaining body
parts.  The toolbox was put in the Silverado and taken back to 302
McKracken.  They kept the toolbox in the backyard, next to the Mitsubishi
Eclipse and a fence.

    Approximately 2-3 weeks later, DOMINGUEZ was working on the Eclipse and
opened the toolbox.  He saw a thin layer of cement, and approximately 3-4
inches of MORA's spine poking through.  The toolbox had duct tape on it,
but DOMINGUEZ was able to open it easily.  DOMINGUEZ did not know MORA's
torso was in the toolbox.
```

d)  These statements were made the night of the incident and the days that followed.
Dominguez told law enforcement about this statement on May 31, 2018.

e)  To the extent this statement includes co-conspirator statements, the co-conspirator
statements detail the planning and execution of the disposal of Mora's body,
which was the final task of the conspiracy.

6.  **Torture for a week.**

a)  Ramos.

b)  Dominguez.

c)

| | |
|---|---|
| 1 | like, well, what are you planning on doing?  Then they -- well, they |
| 2 | were planning on -- Crystal wanted to take her outside to a shed and |
| 3 | keep torturing her for a week. |
| 4 | Q    Is that what -- who said that? |
| 5 | A    Crystal did. |

9

d)  This statement was made leading up to January 14-15, 2018. Dominguez made the statement to law enforcement on November 4, 2022.

e)  This statement furthered the conspiracy because it communicated the plan to torture Jessica Mora.

## C.  Statements from Robert Abeyta. Doc. 118 at 19.

Abeyta knew of the plan to kidnap and kill Mora. They openly discussed it in front of him. There may have been attempts to recruit him into the conspiracy. He heard them planning it before it happened from Ramos, Dominguez, and Romero. He knew that Mariscal-Lopez, Black and J.T. were involved in the conspiracy and the roles they could play. He heard the plans to prepare the room they eventually tortured Mora in with plastic and trash bags. Abeyta describes these conversations as ongoing for a week leading up to it.

### 1.  Plan

a)  Statements made by Ramos, Dominguez, and Romero.

b)  Robert Abeyta, a.k.a., Tosh.

c)  Law enforcement report (Bates 109-111) and transcript from July 5, 2018.

```
    CRYSTAL RAMOS, JORGE DOMINGUEZ and JESSICA ROMERO were talking openly about
planning the murder of JESSICA MORA.  TOSH would leave when they would start
talking this topic because he did not want to be around it.  RAMOS, DOMINGUEZ and
ROMERO thought TOSH was telling people about what he overheard.

    DOMINGUEZ and "BOOBOO" were going to grab MORA from BUFFALO THUNDER and go at
her.  ROMERO told TOSH that DOMINGUEZ killed MORA for ROMERO.  DOMINGUEZ choked
MORA when she walked into the house.  After she died DOMINGUEZ and BOOBOO cut
```

```
MORA up.
```

> 3       MR. ABEYTA: Yeah. So they were, like -- so
>
> 4  they were planning it, and I -- that's when I started
>
> 5  keeping my distance. That's how really everything
>
> 6  started because they would try to plan it, and I would
>
> 7  blow it off or take off.

   d) The statements were made in the days leading up to January 14-15, 2018. Abeyta told law enforcement about the statements on July 5, 2018.

   e) The statements were made in the furtherance of the conspiracy because they describe the active planning that went into the kidnapping and murder of Mora.

## 2. Plan cont. Doc. 118 at 20 21 (combines both sections titled "Plan cont.").

   a) Ramos, Black, Romero, Dominguez, Mariscal-Lopez, and Torrez.

   b) Abeyta.

   c) Law enforcement report (Bates 110-111).

```
    RAMOS, BLACK, ROMERO, DOMINGUEZ, BOOBOO and JAZMERAE TORREZ (JAZMERAE) all
knew the plan to kill MORA.  They prepared a room to kill MORA in by putting
trash bags on the walls and floors.  The trash bags were black and went about
half way up the wall and the floor was covered.  BOOBOO put up the plastic in the
room.  They discussed prepping the room for about a week; TOSH would try to
distance himself from them whenever they talked about prepping the
room.  DOMINGUEZ chopped up MORA in the shed.  RAMOS talked about eating dinner
around MORA's body placed out on the kitchen table.
```

```
    BLACK participated in the planning of MORA's murder.  It was BLACK and
RAMOS's idea to put plastic down in the room.  DOMINGUEZ choked MORA.  DOMINGUEZ,
```

```
BOOBOO, and BLACK cut up MORA's body.  JAZMERAE was surprised that BLACK was not
there when the murder occurred.
```

d)  The statements were made roughly a week before January 14-15, 2018. Abeyta told law enforcement about the statements on July 5, 2018.

e)  These statements furthered the conspiracy because they described the planning that went into preparing the house for Mora's torture and murder.

**3. Plan cont. New.**

a)  Ramos.

b)  Abeyta.

c)  From transcript of interview on 7/5/18 page 9 from Abeyta to law enforcement.

"She said basically that they were going to go pick her up at -- or she was going to go pick her up at, um -- at Buffalo Thunder, bring her back to the house where Boo Boo and, uh -- and Jorge were going to just basically go at her."

d)  The statement was made in the weeks leading up to January 14-15, 2018. Abeyta told law enforcement about the statements on July 5, 2018.

e)  These statements furthered the conspiracy because they describe how the conspirators planned to inveigle Mora from the Buffalo Thunder Casino to the house where she was murdered.

**4. Purpose of conspiracy.**

a)  Ramos.

b)  Abeyta.

c)  Law enforcement report – Bates 110 and transcript 35.

RAMOS found out about MORA stealing her money around Christmas time.  RAMOS said she had the footage and was going to pick up MORA.

d)  The statement was made in the weeks leading up to January 14-15. Abeyta told law enforcement about the statement on July 5, 2018.

12

e)  This statement is the motive and genesis of the conspiracy.

**5.  Cover up. Doc. 118 at 21.**

a)  Dominguez.

b)  Abeyta.

c)  Law enforcement report-Bates 110 and transcript page 12-13.

> They kept MORA's body in the box behind BLACK's house for three months after the murder.

```
11          MR. ABEYTA:  Well, the whole time this is
12   going on, and he was even at my house, Jorge was just
13   tripping out still.  And I told him, "Well, come on.
14   What -- what's going on now?"  I said, "Why?  You got
15   that off your chest.  What's bugging you?"
16          He's all, "Well, she's -- they didn't get
17   rid of her."
18          So I was like, "What?"  I said, "You guys
19   are stupid as hell."
20          And he's all, "Well, she's in the backyard
21   in a box."  And I thought that's pretty messed up, no.
22   So that's messed up.  And they were saying that she's,
23   like -- she was in a box somewhere, and, uh, I kind of
24   freaked out.
25          I was like, "What do you mean she's in a
```

> box?"
>
> And he's all, "She's in a box in cement."
>
> I said, "Cement?"  I said, "Why the fuck you guys -- what are you doing?  You know what I mean?  Like, really?  You guys are that stupid?  You guys are telling everybody in town what the hell you guys did and this chick's in a box behind the house.   How dumb is that?"

d)  The statement was made in the weeks after the murder when the remains were still on the property. Abeyta told law enforcement about the statement on July 5, 2018.

e)  The statement was in the course and furtherance of the conspiracy because it informed one of the members the body was not disposed of and the conspiracy was still ongoing. Similarly, Abeyta's reply furthered the conspiracy by telling the conspirators they needed to dispose of the body soon, i.e., complete the plan.

**6.  Statement from May 3, 2018 (transcript pp. 56-57). Doc. 118 at 21.**

a)  Ramos, Black and possibly other co-conspirators.

b)  Abeyta.

c)  Statement by Abeyta to law enforcement on May 3, 2018.

14

10      Q      What did they say?  What did you hear?

11      A      They kind of said, like, "Oh, well, what you -- what you call

12   it, that person" -- because they weren't using names.

13      Q      Okay.

14      A      Said, "That person -- we would kind of (indisc.) put it on

15   the table and eat dinner," and shit like that.  And I was, like, you guys

16   are even fucking full-blown killers.  Like, you know what I mean?  Like,

17   what the hell do I want to hear that shit for?

18      Q      They were saying that they were going to eat her?

19      A      No, that they were going to put it on the table while they

20   eat dinner and shit, and I was, like --

21      Q      Put her body on the table while they ate?

22      A      Yeah.  And I was, like, you guys ain't that fucking -- like,

23   you know what I mean?  Like, (indisc.) like, I don't -- I said, "I don't

24   want to hear that shit."  So, they stopped.

25      Q      But they said that.

---

                                                                          57

1      A      Yeah.

2      Q      Who said that?  Crystal or Johnny, or both?

3      A      They were kind of like bragging about it, kind of laughing

4   and shit, so it was kind of like a -- like, all of them were just kind of

5   putting it -- like, you know what I mean?

    d)  Statement on May 3, 2018 about what they planned to do after they kidnapped and tortured Mora.

    e)  These statements are part of the planning phase of the conspiracy before they kidnapped Mora.

## D. Statements from Jessica Romero. Doc. 118 at 23.

### 1. Theft from bank account. Doc. 118 at 23.

The United States withdraws this as a co-conspirator statement only.

### 2. Description of what occurred at 302 McKracken and was said that day. Doc. 118 at 24.

    a)  Ramos.

    b)  Romero.

    c)  Statement by Jessica Romero to FBI.

```
    RAMOS called MORA and wanted to set her up and confront her about the
stolen money.  RAMOS said she wanted to show MORA, "who was boss."  RAMOS
said they needed to "take her out."  RAMOS wanted to kill MORA.  RAMOS
eventually called MORA and told her that ROMERO and BLACK were having an
affair and took off with RAMOS's money in order to lure MORA to the house.

    On the day of the murder TOSH took off from the house; TOSH did not
want to be involved in the murder.  ROMERO couldn't bring herself to cut
or beat up MORA.

    When MORA walked in to the house, RAMOS looked at TORREZ and
DOMINGUEZ.  TORREZ and RAMOS started hitting MORA and DOMINGUEZ was
yelling at MORA.  They pushed MORA into a room.  The room they pushed her
into was down the hall to the right, on the left hand side.  They tied
MORA to a chair.  TORREZ, RAMOS, and BOOBOO started hitting MORA.

    BLACK showed up later in ROMERO's car; the back seat and back of the
car were covered in plastic.  MORA's body was lying on the floor wrapped
in a blanket in the laundry room.  MORA's body was not mutilated at the
house; the body was wrapped in a blanket and tarp.

    The assault started in the living room and MORA was dragged into the
other room.  MORA was mostly hit in the face.
```

```
    BOOBOO and BLACK moved MORA's body to ROMERO's HYUNDIA Santa Fe.  The
back seats were folded down with plastic laid down.  DOMINGUEZ, BLACK and
BOOBOO left with MORA's body; DOMINGUEZ came back about 20 minutes later
but BLACK and BOOBOO did not return with him. After returning DOMINGUEZ
laid down with ROMERO; DOMINGUEZ's foot was swollen and hurt from
something.
```

```
    DOMINGUEZ pushed MORA down.  They yelled at MORA while assaulting her,
yelling, "You took money, how could you sit at our table."  MORA took the
beating until she was unconscious.  RAMOS complained that she wanted MORA
to, "suffer" and was upset that "she was gone too easy."
```

```
    MORA's body was wrapped in plastic that was once on the walls in the
room where she was killed.  RAMOS put up plastic beforehand to cover up
the murder.
```

```
    RAMOS said they had to get rid of the body quick so they, "lit it."
```

```
    TORREZ hit MORA first.  MORA was standing when the assault
begin.  When MORA walked into the house and looked around she knew what
was about to happen.  The only thing MORA said during the assault was,
"That's enough."  MORA tried to block blows and fell down.  A couch
flipped over when she fell.  MORA was then pushed into the room.  TORREZ
and BOOBOO all had gloves on.  BOOBOO was wearing batting gloves.  RAMOS
had socks on her hands.  RAMOS also kicked MORA.  They used string to tie
```

```
MORA to a green plastic chair.
```

    d)   The statements were made leading up to and on the day of the kidnapping. Jessica Romero told the FBI about the statements on May 31, 2018.

    e)   Much of the statement comes in as eyewitness testimony. To the extent that it contains co-conspirator statements, they were made in furtherance of the conspiracy because they are statements about the planning of the murder and made during the murder.

**3.  2021 account and description of the event. Doc. 118 at 25.**

The United States withdraws this as a co-conspirator statement only.

**4.  Co-conspirator description of the motivation to harm Mora – previous sworn statement by Romero. Doc. 118 at 26.**

The United States withdraws this as a co-conspirator statement only.

**5.  Ramos' reaction to the theft, the plan and execution of the plan. Doc. 118 at 28-34.**

   a)  Ramos.

   b)  Romero.

   c)  Sworn statement by Romero.

```
 2        A.    She was angry.  She said she wanted to beat
 3   her up and tie her to table while she ate.
 4        Q.    What do you mean by that? how did she
 5   describe wanting to tie her to a table?
 6        A.    She said she wanted to sit her on a chair,
 7   tie her arms back, her legs back, have her beat up
 8   and bleeding while we ate at the table.
 9        Q.    What made her so upset that she wanted to
10   do that at the table?
11        A.    Because Jessica stole from her, and while
12   knowing Jessica stole from her, she sat at the same
13   table, ate our food, and was interactive with
14   Jazmarie and Anthony, Crystal's kids, and acted like
15   nothing happened.  So she wanted her to be there
16   suffering while we ate around the table.
17        Q.    Was there a plan to do something about it?
18        A.    She said she wanted to, but she never acted
19   on it.  I never heard of a plan to do it.  Just -- a
20   detailed plan.  I just heard that she wanted to tie
21   her up and have her watch us while we eat, bloody.
22        Q.    Now, was this sort of at the end of 2017,
23   or in early -- kind of mid January of 2018?
24        A.    Yeah.  It was before New Years.
25        Q.    That she became upset?
```

d)  The statement was made in the weeks leading up to January 14-15, 2018. Romero told law enforcement about the statement on April 13, 2021.

e)  These statements go to the motive, plan, and execution of the object of the conspiracy.

6.  Ramos statement on what she did.

1.  Ramos.

2.  Romero.

3.  Sworn statement by Romero.

```
 3        Q.   And at any point did either Crystal Ramos
 4   or Jorge Dominguez -- did they describe what they had
 5   done to Jessica Mora?
 6        A.   Crystal briefly told me that she strangled
 7   Jessica, and she would just keep her hands around her
 8   neck until she felt her life go, and right when she
 9   was about to die, she let it go and let her come
10   back.  A little bit after that Jessica just gave up.
11   She said, She died too easy.  She died too fast.
12   They wanted to torture her.
13        Q.   You mentioned that Jessica Mora's body was
14   in the laundry room wrapped up in the plastic?
15        A.   Yes.
16        Q.   What happened to the body?
17        A.   A couple of minutes or hours after that
18   happened, we started smoking heroin.  I remember Boo
19   Boo drug Jessica's body into the laundry room, went
20   in the front, got my car, brought it around back, and
21   I fell asleep.  I nodded out, and when I woke up
22   everybody was gone.
```

4.  Sworn statement by Romero made on 4/13/21 describing plans by Ramos – page 20

**5.**  Ramos made the statement to Romero about what she did. Again, this is also a statement against interest by Ramos. It was made after the death of Mora, but before the remains in the toolbox were destroyed.

**6.  Dominguez knew the plan. Doc. 118 at 35.**

The United States withdraws this as a co-conspirator statement only.

**7.  Ramos directed son to turn up headphones (p. 24). Doc 118 at 35.**

a)  Ramos.

b)  To A.P., but heard by Romero.

c)  Sworn statement by Romero.

```
 7        Q.    You also mentioned that Crystal had a
 8    younger son.  Do you know where the younger son was?
 9        A.    He was in his room.  Earlier that day
10    Crystal had given him headphones -- like, big
11    headphones, like the Bose headphones, and told him to
12    turn it up and leave it on, because it was going to
13    get loud.  Just to leave them on.
```

d)  That statement was made in the days leading up to January 14-15, 2018. Romero told law enforcement about it on April 13, 2021.

e)  This statement is statement furthered the conspiracy because it prevented a potential witness to the murder, i.e., concealed it, and shows additional planning.

**E.  Statements from Edward Archuleta. Doc. 118 at 36.**

The United States withdraws these statements as co-conspirator statements only.

**F.  Facebook Statements**

The Facebook messages are newly added to the supplement. The Unites States contends these are acts of the conspiracy are therefore admissible under *res gestae* as evidence. However, an alternative theory for admissibility is as co-conspirator statements. They are messages that include at least one co-conspirator so they could be admitted under that theory as well.

    **1.  Statements between Ramos and Mora**

       a)  Ramos.

       b)  Facebook business records of communications between Mora and Ramos.

       c)

**Body**

Woman! I have fought with myself over and over if I should try and message you, My anger towards you! The disappointment I feel about you, says " fuck no" let her be the less I hear from you the better! But than my heart says different and feels pitty for you and wants to forgive .. "but not anytime soon ;)" anyway "I'm list for words"

I herd you was missing and didn't  believe it figured you was ashamed  of yourself and in utterly disgusted in your self and went MIA again, than I saw it everywhere and a investigator came by and confirmed  it.. not to sure how to feel about it cause you did me so ducking dirty bitch!  DAM .... a few mos later and I am still in shock and pist  more than anything wtf was you thinking? Who the fuck does that, Ibitch I got kids at home and you pull not 1 but 2 stupid unforgivable  things .. GRRRR. 🙄🙄 That was and is my fuckin life your playing with asshole! Until I know what the fuck is going on and what is real or not  because of your decision my lil man dad took him from me and you of all people know I need my boy!! Ugh!! ....... I'm not mad about the money I am hurt tho.. But that shit you pulled with the pisas.. OMG... I can't believe you put my name in it .............. ok I'll stop  what's done is done right and if shit gets real than I guess we going to war

**Author** Crystal Torrez (100017106317201)
**Sent** 2018-01-15 19:50:15 UTC
**Body** Where you at women?? Call me once you get a chance !

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 01:27:55 UTC
**Body** Hey hey hey y u not answering me loka I have called messaged what's up

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-14 17:34:25 UTC
**Body** Hello mcfky

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-14 11:39:29 UTC
**Body** You never called me hope your b day was good woman

**Author** Jessica Mora (100000477261562)
  **Sent** 2018-01-13 18:23:14 UTC
  **Body** Woman!!!!!!!!!!!!!!

**Author** Jessica Mora (100000477261562)
  **Sent** 2018-01-13 17:56:17 UTC
  **Body** Happ

Call me back

**Author** Crystal Torrez (100017106317201)
  **Sent** 2018-01-13 02:10:13 UTC
  **Body** All this talk and no action .. SMH

**Author** Jessica Mora (100000477261562)
  **Sent** 2018-01-13 01:15:59 UTC
  **Body** Well lucky for you mighty Jess is here to save the day and BTW I
        will be more then happy to clean up your mess any day any time I
        pay special attention to those more sensitive places my speciality
        again in case you forgot is an ovarian clean out specialist I will
        have you oiled to a dripping wet creamy consistency  pipes will be
        sucked out and refilled with the new Jess shocker once this is
        complete you will feel like a million and one bucks also in order to
        keep your drive up to part I will need to provide this service to you
        everyday atleast twice a day the more the service is performed the
        better you will feel at minimum Jess needs to provide to you at
        least once a day and that is the very minium...

**Author** Jessica Mora (100000477261562)
  **Sent** 2018-01-13 01:15:40 UTC

---

**Author** Crystal Torrez (100017106317201)
  **Sent** 2018-01-13 01:01:13 UTC
  **Body** No he still locked up ... Like I said it's a "mess"

**Author** Jessica Mora (100000477261562)
  **Sent** 2018-01-13 01:00:30 UTC
  **Body** Did Jessica's man get out??? Wtf happened man y have you not
        called sooner I know I have been gone awhile but I put that I'm
        here for you now and always no matter what...

**Author** Crystal Torrez (100017106317201)
  **Sent** 2018-01-13 00:53:43 UTC
  **Body** It's all fucked .. the husband left again "nothing new" Jessica is
        missing and can't be found any where 🤦 dude so much shit has
        happened

**Author** Jessica Mora (100000477261562)
  **Sent** 2018-01-13 00:51:47 UTC
  **Body** But o gotcha fa sho not to worry

**Author** Jessica Mora (100000477261562)

| Facebook Business Record | Page 186 |
|---|---|

**Sent**

> 2018-01-13 00:51:47 UTC
> **Body** What love awe man I will call you in a min on my way to burque to
> get a friend hooked up

**Author** Crystal Torrez (100017106317201)
**Sent** 2018-01-13 00:48:59 UTC
**Body** I NEED YOU!!!

**Author** Crystal Torrez (100017106317201)
**Sent** 2018-01-13 00:48:04 UTC
**Body** I'm good, but been better lol alot of BS .. SMH.. Remember that
thing you helped me clean up before??? Well woman I need help
hahahaha .. your girl fucked up again 🤦🤦🤦🤦🤦

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-12 21:40:16 UTC
**Body** How you doing boo

---

**Current** 2018-09-10 20:48:56 UTC
**Participants** Crystal Torrez (100017106317201)
Jessica Mora (100000477261562)

**Author** Crystal Torrez (100017106317201)
**Sent** 2018-03-25 05:21:24 UTC
**Call Record**          **Type** phone
**Missed** true
**Duration** 0

**Author** Crystal Torrez (100017106317201)
**Sent** 2018-03-23 20:29:45 UTC
**Body** I ment I need my boy home

**Author** Crystal Torrez (100017106317201)
**Sent** 2018-03-23 20:24:13 UTC
**Body** Cause I will not sit back and be bullied FOR REAL! Bitch you better
go to war with me!   and not just threre your ads better be my right
hand no you better be in front of me .. shit I I already paid you to
be the body guard I just didn't know it .. lol ... Dude  for real no
joking, call someone "not me tho" hahaha ;)  this is bs I can
understand  hiding from me cause your ashamed  but this shit is
getting out of hand fuckin detectives coming over and shit! Yes I
did tell her everything  "almost"  I rathe seer you in jail than to be
all strung out... ..
. I'm speechless now
"for once"  hahaha
not even sure how to word this shit never the less I don't know how
not to make jokes lol but this is some real shit Jess! I don't know if
you took that money from someone else to pay me back "I'm lucky
I didn't go to jail" or if it's the "other" shit you pulled  is what  your
running from "boost my ego and say your running from. Me" lol
than I might let you call me Sheera  🙈🙈 ... mofo call someone do
something at least let me know what's up I NEED my fuckin home
yo... text or call someone ... I wish and hope the best for you . But I
hope I don't see you

d)  Facebook Messages sent between January 13, 2018 and March 23, 2018.

e)  The messages from January 13-15, 2018 show the beginning of the inveigling of Mora by Ramos. The messages from March 23, 2018 take place after the detective came to visit when Mora's remains are still on the property and are part of the plan to cover-up the murder until the remains are disposed of.

**2.  Facebook messages between J.T. and Mora.**

a)  J.T. (possibly Ramos on J.T.'s account).

b)  Mora.

c)  Messages between J.T. and Mora.

| Facebook Business Record | Page 2220 |
|---|---|

**Thread**

(2270643829628170)

| | |
|---|---|
| **Current** | 2018-11-13 19:59:14 UTC |
| **Participants** | Jessica Mora (100000477261562) |
| | Jazmerae Torrez (100017908579368) |

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 06:47:32 UTC
**Body** Were not gonna chase a grown ass women ... You know where we are if you need us

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 06:46:35 UTC
**Body** HELLOOOOO

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 06:45:53 UTC
**Body** Dude call me

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 06:45:49 UTC
**Body** are you okay ????

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 06:45:43 UTC
**Body** Call me NOW

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 06:45:36 UTC
**Body** Dude ... What happened ??? Who the fuck jumps out the car!!? Where ARE YOU AT?!?!

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:21:02 UTC
**Call Record**       **Type** phone
      **Missed** true
      **Duration** 0

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:20:02 UTC
**Call Record**       **Type** phone
      **Missed** true
      **Duration** 0

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:18:19 UTC
**Body** Come outside

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:09:25 UTC
**Body** hey wait I want chips

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:09:10 UTC
**Body** Lol funny shit it's all good I have seriously misses you guys

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:08:33 UTC

Facebook Business Record                Page 2221

**Body**
Just my mom & brother . His Lil ass just haadddd to come  for some
chips 🍟🍟

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:08:03 UTC
**Body** Ight who u with

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:07:53 UTC
**Body** Okay we'll stay online cause I'ma be there soon ! ❤

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:07:46 UTC
**Body** Let me move outside and I will try and call your ass

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:07:24 UTC
**Body** Nope I have no idea where Potter is

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:06:57 UTC
**Body** Haha it's 7! Is there a number I can get ahold of you on?m

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:06:38 UTC
**Body** Make it 7

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:06:33 UTC
**Body** You already are 🍟🍟

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:06:18 UTC
**Body** I just wanna get hi on your bueaty

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:06:12 UTC
**Body** Be there in 10

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:06:08 UTC
**Body** Stfu🍟🍟🍟

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:06:05 UTC
**Body** Sweet

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:05:56 UTC
**Body** Damn barely now I'ma be asleep

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:05:54 UTC
**Body** Cause I got a bong

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:05:51 UTC
**Body** You better

| Facebook Business Record | Page 2222 |
|---|---|

**Author**

Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:05:46 UTC
**Body** Ready to get high out your skull???

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:05:36 UTC
**Body** Okay, on the way 🍃🍃

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:05:33 UTC
**Body** Where you at woman

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:05:22 UTC
**Body** At Buffalo thunder

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:05:10 UTC
**Body** Where you at women

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:05:06 UTC
**Body** What's up

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:04:59 UTC
**Body** Won't let me answer

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:04:56 UTC
**Body** Wyaaaa

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 05:04:51 UTC
**Body** Message me

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:04:45 UTC
**Call Record**          **Type** phone
                    **Missed** true
                    **Duration** 0

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 05:04:36 UTC
**Call Record**          **Type** phone
                    **Missed** false
                    **Duration** 2

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 03:31:16 UTC
**Body** Ya I have a lil bit your mom talked to my dad pretty I think they got it all settled

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 03:09:47 UTC
**Body** Hey do you have anything? We haven't picked up & I have a bunch of people who need.

| Facebook Business Record | Page 2223 |
|---|---|

**Author**
Jessica Mora (100000477261562)
**Sent** 2018-01-15 02:56:00 UTC
**Body** Y u crying yo?? but I'm definitely down to smoke a joint been staying hi as a mofo

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 02:55:02 UTC
**Body** I'll see you in a few my nigga ! You're smoking a joint w me and listen to me cry🖐🖐

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 02:55:00 UTC
**Call Record**          **Type** phone
          **Missed** true
          **Duration** 0

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 02:54:29 UTC
**Body** Will I was going to borrow a phone but I'm on my way to Buffalo thunder and your mom is going to pick me up so I will see you at the pad

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 02:51:28 UTC
**Body** I'm going to call you now from potters phone

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 02:34:38 UTC
**Call Record**          **Type** phone
          **Missed** true
          **Duration** 0

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 02:02:43 UTC
**Body** 5053579378

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 02:02:33 UTC
**Body** Borrow a phone

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 01:46:00 UTC
**Body** Jessica sent a voice message.
**Attachments** audioclip-1515980759000-30592.mp4 (2302599176432635)
          **Type** audio/mpeg
          **Size** 49957
          **URL** https://attachment.fbsbx.com/messaging_attach
          ment.php?aid=2302599176432635&mid=mid.%
          24cAAAABBcF0tJnKMPsb1g93uT_K1aJ&uid=1000
          17908579368&accid=100017908579368&previ
          ew=0&hash=AQAFuJ078IO9v3GOqsJA3oFkRENb
          rrZajut1g2Uida1zSA

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 01:43:04 UTC
          **IP** 2607:fb90:6cb7:3bd4:f8d1:25bd:3ec2:da82
**Body** You: 🖐🖐

**Facebook Business Record**    **Page 2224**

**Attachments**

sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=369239263222822&mid=mid.%2
4cAAAABBcF0tJnKME8iVg93vxtYTtb&uid=10001
7908579368&accid=100017908579368&previe
w=0&hash=AQD0YW9djhksio2VG_qoF3DDfXg_x
0-JkzfOMIiAdbmWpQ



**Photo Id:** 369239263222822

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-15 01:37:13 UTC
**Body** I'm alright Jess... Call me when you get a chance? 5059303395

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 01:32:03 UTC
**Body** Hey loka how ya doing fo?

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-15 01:28:42 UTC
**Body** Jessica is waving at you!
**Share**    **Date Created**  2018-01-15 01:28:42 UTC
**Text**
**Url**

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-11 00:30:22 UTC
**Body** I'm  in Santa loks

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-10 21:24:21 UTC
**Body** I'm headed up to albq in a few with my homegirl, Let's kick it ?!?

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-10 21:22:53 UTC
**Body** Dude

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-09 08:50:51 UTC
**Body** What kind of face is that???

**Author** Jazmerae Torrez (100017908579368)
**Sent** 2018-01-09 08:48:02 UTC
**Body** 🔥🔥

**Author** Jessica Mora (100000477261562)
**Sent** 2018-01-09 08:47:48 UTC

d) The messages of concern are all on January 14-15, 2018.

e) These are some of the communications for how Ramos and J.T. inveigled Mora to come back to their home. These are the messages communicated to Mora about coming over to hang out and use drugs. These also contain a few messages that are part of the cover up, acting as if Mora jumped out of the car and left them.

## VI.   CONCLUSION

For the foregoing reasons, the United States respectfully requests that this Court allow the above-described evidence in the prosecution's case-in-chief. The United States also seeks permission to amend this motion should additional evidence come to light.  The United States seeks a pre-trial ruling on this motion and hearing if necessary.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

Mark Pfizenmayer
Nicholas J. Marshall
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 346-7274